NACHAMIE SPIZZ COHEN & SERCHUK, P.C.
Proposed Counsel to **JEM Carting Group Corp.** and
 **JEM Sanitation Corp.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY 10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - -x

In re:                                         Chapter 11

JEM CARTING GROUP CORP.,                        Case No. 13-_____ (___)

                        Debtor.
- - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - -x

In re:                                         Chapter 11

JEM SANITATION CORP.,                           Case No. 13-_____ (___)

                        Debtor.
- - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - -x

## AFFIDAVIT OF KENNETH SANTO PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK   )
                              ss.:
COUNTY OF NEW YORK)

        Kenneth J. Santo, being duly sworn, deposes and says the following:

        1.      I am the President of JEM Carting Group Corp. ("JEM Carting") and JEM

Sanitation Corp. ("JEM Sanitation"), the above-captioned debtors and debtors-in-

possession (the "Debtors").

        2.      This affidavit is submitted pursuant to Rule 1007-2 of the Local Bankruptcy

Rules for the Southern District of New York to assist the Court and parties in interest in

understanding the circumstances surrounding the commencement of these chapter 11 cases and in support of the Debtors' petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.    Except as otherwise indicated, all facts set forth in this affidavit are based upon my personal knowledge, and upon my discussions with other members of the Debtors' management, and with the Debtors' financial and legal advisors.

## THE DEBTORS' BUSINESS

4.    JEM Carting is a corporation organized and existing pursuant to the laws of the State of New York.  JEM Carting, which is a non-operating entity, is the parent of two (2) wholly owned subsidiaries.  Those subsidiaries are JEM Sanitation, one of the Debtors herein, and Crown Waste Paper Corp. ("Crown Waste") (a non-debtor in these chapter 11 proceedings).

5.    JEM Carting is owned equally by the following six (6) shareholders: Kenneth Santo, Gregg Santo, Paul Virzi, David Virzi, Mark Tamily and Dana Tamily.

6.    JEM Carting, JEM Sanitation and Crown Waste file consolidated tax returns with the Federal and State governments.

7.    JEM Sanitation, the principal operating entity and a licensed waste hauler in the State of New York, is in the commercial solid waste collection and disposal business. All of its business is conducted within the city of New York, primarily in the borough of Manhattan.  JEM Sanitation collects and disposes of non-hazardous solid waste and recyclable materials from its commercial customers.  JEM Sanitation also offers a wide variety of recycling services to its customers for materials such as cardboard, paper, plastic, glass and metals.  In addition, JEM Sanitation picks up and

disposes of environmentally sensitive materials such as light bulbs, batteries, telephones, computers, monitors and other electronic equipment. JEM Sanitation maintains a fleet of trucks to perform the aforementioned services, and also maintains various types of waste containers at its customers' facilities.

8.      Over the last several years, the solid waste removal industry has gone through a consolidation making the small independent companies such as JEM Sanitation non-competitive with the larger consolidated companies such as Waste Management Inc. and Action Carting Environmental Services, Inc.

9.      Although JEM Sanitation's business is derived primarily from its commercial customers located in New York City, the company's plant is located in Lyndhurst, New Jersey. Recent hikes in tolls, commuting expenses and fuel costs have significantly eroded JEM Sanitation's profit margins. Despite management's best efforts to cut costs, JEM Sanitation is unable to operate profitably and is currently losing approximately $70,000 per month.

10.     The Debtors' management has determined that the best way to maximize the value of JEM Sanitation, for the benefit of its creditors, is to sell JEM Sanitation as a going concern. Towards that end, JEM Sanitation and the shareholders of JEM Carting have been negotiating an asset purchase agreement with a third party. JEM Sanitation anticipates on filing shortly after the filing of the Debtors' petitions a motion with the Bankruptcy Court seeking a sales procedure order which would allow for an auction sale of certain assets of JEM Sanitation, with the prospective purchaser as the "stalking horse" bidder.

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

11.   Pursuant to Local Rule 1007-2, I represent the following:

(i)   The Debtors' cases were not originally commenced under Chapter 7 or Chapter 13 of the Bankruptcy Code.

(ii)   There is no committee that has been appointed or organized prior to the order for relief in these cases.

(iii)   Attached hereto as **Schedule 1** is a list of the twenty (20) largest unsecured claims against the Debtors, on a consolidated basis, excluding insiders.[1]

(iv)   Attached hereto as **Schedule 2** is a list of the five (5) largest secured claims against JEM Sanitation.   (JEM Carting has no secured claims against it.)

(v)   Attached hereto as **Schedule 3a** is a summary of JEM Carting's assets and liabilities.   Attached hereto as **Schedule 3b** is a summary of JEM Sanitation's assets and liabilities.

(vi)   JEM Carting owns 100% of the common stock of JEM Sanitation. Kenneth Santo, Gregg Santo, Paul Virzi, David Virzi, Mark Tamily and Dana Tamily each own one sixth (1/6) of the issued and outstanding stock of JEM Carting.

(vii)   To the best of my knowledge, none of the Debtors' property is in the possession or control of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor.

(viii)   JEM Carting owns no real property and leases no real property. JEM Sanitation owns no real property.   JEM Sanitation leases the following premises: 800 Schuyler Avenue, Lyndhurst, New Jersey 07071 on a month to month basis.

(ix)   The Debtors' principal office and the Debtors' books and records are located at 800 Schuyler Avenue, Lyndhurst, New Jersey 07071. No assets of the Debtors are held outside the territorial limits of the United States.

---

[1] JEM Carting, as a control group of JEM Sanitation, has at least three contingent unsecured pre-petition claims against it relating to disputed withdrawal liability under two (2) multi-employer pension plans.

(x)     Attached hereto as **Schedule 4** is a list of the actions or proceedings pending where a seizure of Debtors' property may be imminent.

(xi)    JEM Sanitation's current existing senior management, their tenure with JEM Sanitation and a brief summary of their relevant responsibilities and experiences are as follows:

| Name | Title | Tenure | Responsibilities |
|------|-------|--------|------------------|
| Kenneth J. Santo | President, and VP Sales | 32 yrs | Account Management |
| Gregg Santo | VP Operations | 32 yrs | All Service and Scheduling |
| Paul Virzi | VP MRF Operations | 32 yrs | Maintains Fleet |
| David Virzi | VP Facilities | 32 yrs | IT, Billing, Accounting |

(xiii)  JEM Carting has no operations or employees.  No monies will be paid from JEM Carting to any of its officers during these Chapter 11 cases.

(xiv)   JEM Sanitation's estimated weekly payroll to its employees exclusive of officers, directors and stockholders for the thirty (30) day period following the filing of JEM Sanitation's Chapter 11 petition is $40,000.

(xv)    The amount to be paid to JEM Sanitation's officers, stockholders and directors for the thirty (30) day period following the filing of JEM Sanitation's Chapter 11 petition is $40,000.

(xvi)   Attached hereto as **Schedule 5** is a schedule for the thirty (30) day period following the filing of JEM Sanitation's Chapter 11 petition, of JEM Sanitation's estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue but remain unpaid other than professional fees.

12.   First Day Orders:

(i)     Joint Administration – The Debtors intend to file a motion and a proposed order authorizing the joint administration of the Chapter 11 cases of JEM Carting and JEM Sanitation.

(ii)    Order Authorizing Pre-Petition Wages and Order Authorizing Banks to Clear Pre-petition checks – JEM Sanitation intends to submit a motion and proposed order authorizing the payment of wages to JEM Sanitation's non-management employees up the amounts set forth in § 507(a)(4) of the Bankruptcy Code, and authorizing banks and other financial institutions in which JEM Sanitation maintains bank accounts to process, honor and pay any and all checks and transfers drawn on JEM Sanitation's dedicated payroll and benefits accounts whether such checks were presented on or after the filing of JEM Sanitation's Chapter 7 case.

(iii)   Cash Collateral – In view of the fact that JEM Sanitation has secured creditors, it requires an order authorizing the use of cash collateral in order to operate its business in the ordinary course. The Debtors do not believe they will require any post-petition financing.

(iv)    Retention of Professionals – The Debtors will be submitting applications and proposed orders for the retention of Nachamie Spizz Cohen & Serchuk, P.C. as counsel for the Debtors; Rosen Seymour Shapss Martin & Company, LLP as the accountants for the Debtors and the Horowitz Law Group, LLC as special labor counsel for the Debtors.

13.    The Debtors respectfully reserve the right to amend or supplement any of the attached Schedules or information in the event that additional information is obtained by the Debtors.

14.    The Debtors believe that under the protection of Chapter 11, JEM Sanitation will be able to successfully sell its assets and maximize value for the benefit of Debtors' creditors.

Dated: New York, New York
       June 12, 2013

                                        s/ Kenneth J. Santo
                                        Kenneth J. Santo
                                        President

## SCHEDULE 1
## TO LOCAL RULE 1007-2 AFFIDAVIT

List of the Twenty (20) Largest Unsecured Claims against the Debtors, on a
Consolidated Basis, Excluding Insiders

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   **JEM Sanitation Corp.**                                             Case No. _____
                                              Debtor(s)                   Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Action Carting Services Inc.<br>920 E. 143rd St<br>Bronx, NY 10454 | Action Carting Services Inc.<br>920 E. 143rd St<br>Bronx, NY 10454 | Trade | | 600,000.00 |
| Advanced Enterprises Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Advanced Enterprises Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Trade | | 67,892.86 |
| AFCO<br>P.O. Box 360572<br>Pittsburgh, PA 15260-6572 | AFCO<br>P.O. Box 360572<br>Pittsburgh, PA 15260-6572 | | | 35,395.20 |
| Richard Barrera<br>c/o Sean M. Dillion, LLC<br>70 Hilltop Road<br>Ramsey, NJ 07446 | Richard Barrera<br>c/o Sean M. Dillion, LLC<br>70 Hilltop Road<br>Ramsey, NJ 07446 | | | 46,409.50 |
| Biagiotti Marino & Montecallo<br>Trust Account<br>190 Moore Street, Ste. 204<br>Hackensack, NJ 07601 | Biagiotti Marino & Montecallo<br>Trust Account<br>190 Moore Street, Ste. 204<br>Hackensack, NJ 07601 | | | 57,068.98 |
| Covanta Essex<br>P.O. Box 18566<br>Newark, NJ 07191-8566 | Covanta Essex<br>P.O. Box 18566<br>Newark, NJ 07191-8566 | Trade | | 698,313.28 |
| ELS Transfer<br>100 Baler Blvd<br>North Arlington, NJ 07031 | ELS Transfer<br>100 Baler Blvd<br>North Arlington, NJ 07031 | Trade | | 301,602.29 |
| ESI - Doremus Ave (2)<br>540 Doremus Avenue<br>Newark, NJ 07105 | ESI - Doremus Ave (2)<br>540 Doremus Avenue<br>Newark, NJ 07105 | Trade | | 67,982.86 |
| Giaimo &Vreeburg, P.C.<br>Giaimo Associates, LLP<br>80-02 Kew Gardens Road<br>Kew Gardens, NY 11415 | Giaimo &Vreeburg, P.C.<br>Giaimo Associates, LLP<br>80-02 Kew Gardens Road<br>Kew Gardens, NY 11415 | | | 28,545.00 |
| Internal Revenue Service<br>1 Kalisa Way<br>Attn: Nelson Figeroa<br>Paramus, NJ 07652 | Internal Revenue Service<br>1 Kalisa Way<br>Paramus, NJ 07652 | 940 /941 Taxes | Disputed | 1,134,187.92 |

B4 (Official Form 4) (12/07) - Cont.

In re    **JEM Sanitation Corp.**                                                      Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Kotulak & Co., PC<br>1035 Route 46 East, Ste. B-107<br>Attn: Mr. Tom Kotulak<br>Clifton, NJ 07013 | Kotulak & Co., PC<br>1035 Route 46 East, Ste. B-107<br>Attn: Mr. Tom Kotulak<br>Clifton, NJ 07013 | Trade | | 92,465.00 |
| Local 108<br>121 East 24th Street<br>8th Floor<br>New York, NY 10018 | Local 108<br>121 East 24th Street<br>8th Floor<br>New York, NY 10018 | | Disputed | 193,993.78 |
| Local 116<br>1065 Old Country Road, Ste 202<br>Westbury, NY 11590 | Local 116<br>1065 Old Country Road, Ste 202<br>Westbury, NY 11590 | | Disputed | 66,101.00 |
| Local 813<br>45-18 Court Square<br>Suite 600<br>Long Island City, NY 11101-4347 | Local 813<br>45-18 Court Square<br>Suite 600<br>Long Island City, NY 11101-4347 | | Disputed | 1,884,273.74 |
| New Jersey Casualty Company<br>P.O. Box 1228<br>West Trenton, NJ 08628-0277 | New Jersey Casualty Company<br>P.O. Box 1228<br>West Trenton, NJ 08628-0277 | | | 31,872.95 |
| New Jersey Dept. of Revenue<br>P.O. Box 632<br>Trenton, NJ 08646 | New Jersey Dept. of Revenue<br>P.O. Box 632<br>Trenton, NJ 08646 | | Disputed | 173,922.59 |
| NYS Dept. of Tax & Finance<br>W.A. Harriman Campus, Bldg. 9<br>Attn: Office of Counsel<br>Albany, NY 12227 | NYS Dept. of Tax & Finance<br>W.A. Harriman Campus, Bldg. 9<br>Attn: Office of Counsel<br>Albany, NY 12227 | | Disputed | 1,121,132.54 |
| RLK Transportation<br>41738 Esterly Drive<br>Columbiana, OH 44408 | RLK Transportation<br>41738 Esterly Drive<br>Columbiana, OH 44408 | | | 34,477.18 |
| Super Quality Oil<br>221 Harrison Avenue<br>Garfield, NJ 07026 | Super Quality Oil<br>221 Harrison Avenue<br>Garfield, NJ 07026 | | | 32,925.90 |
| Teamsters L. 945 Benefit Funds<br>c/o Cohen, Leder, Montalbano<br>1700 Galloping Hill Road<br>Kenilworth, NJ 07033 | Teamsters L. 945 Benefit Funds<br>c/o Cohen, Leder, Montalbano<br>1700 Galloping Hill Road<br>Kenilworth, NJ 07033 | Contingent, disputed withdrawal liability claim as a control group | Contingent Disputed | Unknown |
| TRS Recovery Services Inc.<br>21 Griffin Road North<br>Windsor, CT 06095 | TRS Recovery Services Inc.<br>21 Griffin Road North<br>Windsor, CT 06095 | | | 30,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **JEM Sanitation Corp.**                                        Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 11, 2013**                          Signature   **/s/ Kenneth J. Santo**
                                                              **Kenneth J. Santo**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**SCHEDULE 2**
**TO LOCAL RULE 1007-2 AFFIDAVIT**

List of the Five (5) Largest Secured Claims against JEM Sanitation

| Creditor Name | Description of Collateral | Estimated Value of Collateral | Amount of Claim | Disputed |
|---|---|---|---|---|
| Cellmark Inc.<br>22 Pelican Way<br>San Rafael, CA 94901 | Blanket liens on all assets<br><br>Equipment | $4,000,000.00 | $119,058.00 | No |
| Internal Revenue Service<br>1 Kalisa Way<br>Paramus, NJ 07652 | Federal tax lien on all assets 3/21/05 | $4,000,000.00 | $113,516.94 | Yes |
| Internal Revenue Service<br>1 Kalisa Way<br>Paramus, NJ 07652 | Federal tax lien on all assets 11/21/05 | $4,000,000.00 | $101,178.32 | Yes |
| Internal Revenue Service<br>1 Kalisa Way<br>Paramus, NJ 07652 | Federal tax lien on all assets 1/24/08 | $4,000,000.00 | $94,300.00 | Yes |
| Commercial Credit Group Inc.<br>121 West Trade Street<br>Suite 2100<br>Charlotte, NC 28202 | Blanket liens on all assets<br><br>Equipment | $4,000,000.00 | 91,266.00 | No |

## SCHEDULE 3a
## TO LOCAL RULE 1007-2 AFFIDAVIT

Summary of JEM Carting's Assets and Liabilities

**JEM Carting Group**
**Consolidated balance sheet**
**As of May 31, 2013**

ASSETS

Current assets
| | | |
|---|---:|---:|
| Cash | $ 100 | |
| Accounts receivable | 719,000 | |
| Total current assets | | 719,100 |

Fixed assets - net of accumulated depreciation | | 114,000

TOTAL ASSETS | | $ 833,100

LIABILITIES AND SHAREHOLDERS EQUITY

Liabilities
| | | |
|---|---:|---:|
| Accounts payable | $ 2,797,000 | |
| Taxes payable | 2,661,000 | |
| Notes payable | 84,000 | |
| Total liabilities | | $ 5,542,000 |

Shareholders equity
| | | |
|---|---:|---:|
| Common stock | 90,000 | |
| Additional paid in capital | 91,130 | |
| Treasury stock | (140,000) | |
| Retained deficit | (4,750,030) | |
| Total shareholders' equity | | (4,708,900) |

| | | |
|---|---:|---:|
| | | $ 833,100 |

## SCHEDULE 3b
## TO LOCAL RULE 1007-2 AFFIDAVIT

Summary of JEM Sanitation's Assets and Liabilities

10:12 AM
06/11/13
Accrual Basis

# Jem Sanitation Corp.
# Balance Sheet
## As of May 31, 2013

|  | May 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **1000 · Cash & Checking** | |
| 1001 · Bank of New York | -2,238.30 |
| 1003 · Yellow Bank of New York | 8,978.69 |
| 1004 · Spencer saving Bank | -27,300.40 |
| 1000 · Cash & Checking - Other | -2,500.00 |
| **Total 1000 · Cash & Checking** | -23,060.01 |
| 1100 · Bank Transfers | -0.30 |
| **Total Checking/Savings** | -23,060.31 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 736,569.41 |
| **Total Accounts Receivable** | 736,569.41 |
| **Other Current Assets** | |
| 1299 · Reserve For Doubtful Act | -16,100.00 |
| 1300 · Loans and Exchanges | -0.35 |
| 1350 · Employee Advances | -849.09 |
| **1400 · Prepaid Expenses** | |
| 1401 · Prepaid Insurance | 6,248.83 |
| **Total 1400 · Prepaid Expenses** | 6,248.83 |
| **Total Other Current Assets** | -10,700.61 |
| **Total Current Assets** | 701,808.49 |
| **Fixed Assets** | |
| 1600 · Vehicles | 2,516,328.14 |
| 1699 · Accumulated Depreciation-Trucks | -2,365,983.25 |
| 1600 · Equipment | 800,242.32 |
| 1699 · Accumulated Depreciation-Equip. | -854,432.19 |
| 1700 · Leasehold Improvements | 23,385.05 |
| 1799 · Accumulated Deprec-L.HI | -5,254.34 |
| 1800 · Computer Software | 25,865.60 |
| 1899 · Accumulated Deprec-Software | -25,404.11 |
| **Total Fixed Assets** | 114,757.22 |
| **Other Assets** | |
| 1900 · Goodwill | 860.03 |
| 1905 · Refinancing Closing Costs | 0.30 |
| 1910 · Amortization of Closing Costs | -0.49 |
| **1950 · Intercompany Loans Receivable** | |
| 1951 · Jem Sanitation of NJ | 4,228,921.67 |
| 1952 · Rellent | -561,987.16 |
| 1953 · Jam Paper Recycling | -482,667.23 |
| 1954 · Meadowlands Carting | 626,131.26 |
| **Total 1950 · Intercompany Loans Receivable** | 3,810,398.54 |
| **1970 · Due From Officers** | |
| 1971 · Due From Ken Santo | 300.00 |
| 1972 · David Virzi | 25.00 |
| 1973 · Greg Santo | 2,244.46 |
| 1974 · Paul Virzi | 2,500.00 |
| **Total 1970 · Due From Officers** | 5,069.46 |
| 1990 · Deferred Tax Asset | 90.00 |
| **Total Other Assets** | 3,816,417.84 |
| **TOTAL ASSETS** | 4,632,983.55 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |

# Jem Sanitation Corp.
## Balance Sheet
### As of May 31, 2013

| | May 31, 13 |
|---|---|
| **Accounts Payable** | |
| 2000 · Accounts Payable-Trade | 2,585,005.75 |
| **Total Accounts Payable** | 2,585,005.75 |
| **Other Current Liabilities** | |
| 2100 · Accrued Expenses | |
| 2104 · S-T Ins. Financing - Auto | -36,076.52 |
| 2105 · S-T Ins. Financing - Work Comp | 0.48 |
| 2106 · S-T Ins. Financing - Gen. Liab. | 0.40 |
| 2107 · S-T Ins. Financing - Umbrella | 0.39 |
| 2109 · S-T Ins. Financing - NY Ins. WC | 0.47 |
| 2100 · Accrued Expenses - Other | 212,039.16 |
| **Total 2100 · Accrued Expenses** | 173,964.38 |
| 2175 · due to factor | 42,724.00 |
| 2200 · Payroll Taxes Payable | |
| 2201 · Federal Withholding Tax | 983,773.14 |
| 2202 · Fica Withold | 170,840.17 |
| 2203 · Medicare Withold | 42,736.99 |
| 2204 · NYS Withholding | 40,311.33 |
| 2205 · NYC Withholding | 8,086.66 |
| 2206 · NYS Disability Payable | 250.16 |
| 2207 · NJ Withholding | 85,674.01 |
| 2208 · NJ Unemployment Payable | 42,959.74 |
| 2209 · FUTA Payable | 1,872.77 |
| 2211 · NY Employer SUI Payable | 3,861.65 |
| 2213 · PA WITHHOLDING | 4,984.75 |
| 2200 · Payroll Taxes Payable - Other | 216.94 |
| **Total 2200 · Payroll Taxes Payable** | 1,385,597.21 |
| 2210 · Garnishee Payable | 433.45 |
| 2215 · Union Dues Payable | 14,766.46 |
| 2300 · NYS Sales Tax Payable | |
| 2301 · NYS Sales Tax Payable-Current | 936,329.72 |
| 2302 · Sales Tax Payable-Audit | 231,122.47 |
| 2315 · SALES TAX CREDIT CURRENT | -3,883.05 |
| **Total 2300 · NYS Sales Tax Payable** | 1,163,569.14 |
| 2500 · Corporate Taxes Payable | |
| 2501 · Federal Income Tax Payable | 111,736.94 |
| **Total 2500 · Corporate Taxes Payable** | 111,736.94 |
| 2608 · loan from Lucreta Santo | 9,919.48 |
| 2609 · Leonard Higgins | 31,397.14 |
| **Total Other Current Liabilities** | 2,934,090.22 |
| **Total Current Liabilities** | 5,519,095.97 |
| **Long Term Liabilities** | |
| 2400 · SEP Plan Payable | 0.04 |
| 2600 · Installment Loans Payable | |
| 2623 · 2009 MACK MRU-613 4080.00 | 46,298.99 |
| 2624 · 2009 Mack MRU-613 4346.00 | -23,603.66 |
| **Total 2600 · Installment Loans Payable** | 22,695.33 |
| 2625 · Alpha Carting 4144.35 | 412,942.88 |
| 2700 · Due To Affiliates | |
| 2705 · Crown Waste | 145,575.79 |
| **Total 2700 · Due To Affiliates** | 145,575.79 |
| 2800 · Due to Officers | |
| 2801 · Ken Santo | 7,605.25 |
| 2802 · David Virzi | 1,155.40 |
| 2803 · Greg Santo | 1,243.35 |
| 2804 · Paul Virzi | -57,776.47 |
| 2805 · Mark Tamily | 105,030.99 |

10:12 AM
08/11/13
Accrual Basis

# Jem Sanitation Corp.
## Balance Sheet
### As of May 31, 2013

|  | May 31, 13 |
|---|---|
| 2806 · Dana Tamily | 184,069.73 |
| Total 2800 · Due to Officers | 241,328.25 |
| Total Long Term Liabilities | 822,542.09 |
| **Total Liabilities** | 6,341,636.06 |
| **Equity** | |
| 3000 · Common Stock | 60,000.00 |
| 3001 · Paid In Capital | 91,130.00 |
| 3002 · Treasury Stock | -140,000.00 |
| 3003 · Retained Earnings | -1,604,749.61 |
| Net Income | -115,034.90 |
| Total Equity | -1,708,654.51 |
| **TOTAL LIABILITIES & EQUITY** | 4,632,983.55 |

**SCHEDULE 4**
**TO LOCAL RULE 1007-2 AFFIDAVIT**

List of Actions or Proceedings Pending

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Advanced Enterprises Recycling, Inc. v. JEM Sanitation Corp. Case No. BER-L-001542-13 | Civil | Superior Court of New Jersey, Bergen County | Pending |
| Trustees of the Local 813 I.B.T. Insurance Trust fund, et al. v. JEM Sanitation Corp. Case No. 1785/13 | Civil | Supreme Court of the State of New York, County of Queens | Pending |
| Lemcor Inc. v. JEM Sanitation of New Jersey, Inc., David Virzi and Ken Santo Case No. BER-L-000974-12 | Civil | Superior Court of New Jersey, Law Division-Bergen County, Special Civil Part | Judgment |

## SCHEDULE 5
## TO LOCAL RULE 1007-2 AFFIDAVIT

Thirty Day Period – Cash Receipts and Disbursements

**EXHIBIT A**

**2 week and 4 week projection of income and expense for Jem Sanitation Corp.**
**for the 2 week and 4 week periods beginning June 17, 2013**

|  | 2 weeks | 4 weeks |
|---|---|---|
| Revenue: | $ 260,000 | $ 520,000 |
| Cost of sales: | | |
|     Payroll | 76,000 | 152,000 |
|     Payroll taxes | 8,000 | 16,000 |
|     Union costs | 2,700 | 5,400 |
|     Dumping charges | 70,000 | 140,000 |
|     Truck expenses | 30,000 | 60,000 |
| Total cost of sales | 186,700 | 373,400 |
| Gross profit | 73,300 | 146,600 |
| General & administrative: | | |
| Salaries - Administrative | 32,500 | 65,000 |
| Payroll taxes | 3,250 | 6,500 |
| Rent | 2,500 | 5,000 |
| Automobile expenses | 1,500 | 3,000 |
| Bank fees and credit card charges | 1,500 | 3,000 |
| Equipment leasing | 2,500 | 5,000 |
| Insurance | 20,000 | 40,000 |
| Licenses and permits | 1,000 | 2,000 |
| Telephone | 1,500 | 3,000 |
| Utilities | 1,000 | 2,000 |
| Office expenses | 2,500 | 5,000 |
| Repairs and maintenance | 1,000 | 2,000 |
| Total general and administrative expenses | 70,750 | 141,500 |
| Operating income | $   2,550 | $   5,100 |

**JEM Carting Group**
**Projected cash flow statement**
**For the month of July 2013**

Receipts:

Collection of accountant receivable                                    $ 560,000

Disbursements:

| | | |
|---|---|---|
| Payroll | 217,000 | |
| Payroll taxes | 21,700 | |
| Union costs | 5,400 | |
| Sales taxes | 46,150 | |
| Rent | 4,000 | |
| Insurance premiums | 40,000 | |
| Dumping costs | 140,000 | |
| Truck expenses | 60,000 | |
| Office expenses | 5,000 | |
| Utilities | 2,000 | |
| Telephone | 3,000 | |
| Equipment leasing | 5,000 | |
| Other expenses | 5,650 | |
| | | 554,900 |

Cash provided from operations                                              5,100

Cash beginning of period                                                     100

Cash end of period                                                    $    5,200